UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID H. BILLION, individually, and OG ENERGY, LLC, a South Dakota Limited Liability Company, and WATER SOLUTIONS, INC., a South Dakota Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK OXFORD, individually, and VERDE WATER SOLUTIONS, LLC., a Texas Limited Liability Company,<br><br>Defendants. | CIV15-4179<br><br><br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY Stipulated and Agreed, by and between the Plaintiffs, David H. Billion, OG Energy, LLC, and Water Solutions, Inc., and the Defendants, Derek Oxford, and Verde Water Solutions, LLC, by and through their counsel of record, that

The Amended Complaint of the Plaintiffs and all causes of action thereunder, which were asserted or could have been asserted, may hereby be dismissed, on the merits, with prejudice, and without costs or further notice to any of the parties.

Dated this 12th day of January, 2017.

REDSTONE LAW FIRM LLP

James E. McMahon
101 North Phillips Avenue, Suite 402
Sioux Falls, SD  57104
Telephone:  (605) 331-2975
jim@redstonelawfirm.com
*Attorney for Plaintiffs*

1

Dated this ⎽⎽11th⎽⎽ day of January, 2017.

> DAVENPORT, EVANS, HURWITZ
>  & SMITH, LLP
>
> _____
> Mitchell Peterson
> 206 W. 14th St.
> P.O. Box 1030
> Sioux Falls, SD 57101-1030
> Telephone:   (605) 336-2880
> map@dehs.com
>
> Michael P. Elkon
> Admitted *Pro Hac Vice*
> Georgia Bar No. 243355
> FISHER & PHILLIPS LLP
> 1075 Peachtree Street NE
> Suite 3500
> Atlanta, GA 30309
> Telephone:   (404) 231-1400
> melkon@laborlawyers.com
>
>  *Attorneys for Defendants*