UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID H. BILLION, INDIVIDUALLY; OG ENERGY LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY; AND WATER SOLUTIONS INC., A SOUTH DAKOTA CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>DEREK OXFORD, INDIVIDUALLY; AND VERDE WATER SOLUTIONS LLC, A TEXAS LIMITED LIABLITY COMPANY;<br><br>Defendants. | 4:15-CV-04179-KES<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 26), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

DATED this 13th day of January, 2017.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE